IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONY JACOB JOHNSON, and STACIE MARIE THEIN,<br><br>Defendants. | CR 21–85–BLG–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Anthony Johnson's Unopposed Motion to Extend Trial Date and Deadlines. (Doc. 22.) The Motion states that lead counsel for Mr. Johnson was unavailable at the time the Scheduling Order (Doc. 21) was set, and "a number of scheduling conflicts exist in the present Scheduling Order." (*Id.* at 2.) The Motion requests a 60-day extension of the deadlines in the Scheduling Order. (*Id.*) The United States does not object. (*Id.*)

The Motion must be denied, subject to renewal. The requested extension goes beyond the time limits set forth in the Speedy Trial Act, *see* 18 U.S.C. § 3161(c)(1), but makes no mention of the Act and does not set forth a sufficient basis for the Court to make the findings necessary to grant an ends-of-justice continuance, *see* 18 U.S.C. § 3161(h)(7). Counsel may file a renewed motion that sets forth the basis for an ends-of-justice continuance and states the position of all

1

parties as to the continuance, including Defendant Stacie Marie Thein.

Accordingly, IT IS ORDERED that the Motion (Doc. 22) is DENIED subject to renewal.

DATED this 9th day of December, 2021.

_____
Dana L. Christensen, District Judge
United States District Court