IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–85–BLG–DLC–01 |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY JACOB JOHNSON, | |
| Defendant. | |

Before the Court is Defendant Anthony Jacob Johnson's Motion to File Under Seal Pursuant to L.R. CR 49.3(a)(2)(c). (Doc. 76.) The motion requests that the Court seal Mr. Johnson's sentencing memorandum (Doc. 75) and the instant motion (Doc. 76) because they contain sensitive personal information. (*Id.* at 1–2.) The United States does not object. (*Id.* at 2.)

Accordingly, IT IS ORDERED that the motion (Doc. 76) is GRANTED. The Clerk of Court is directed to seal Mr. Johnson's sentencing memorandum (Doc. 75) and the motion to seal (Doc. 76).

DATED this 11th day of October, 2022.

_____
Dana L. Christensen, District Judge
United States District Court

1